Audra M. Mori (State Bar No. 162850)
Katherine M. Dugdale (State Bar No. 168014)
Jennifer N. Chiarelli (State Bar No. 212253)
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399
E-mail: Amori@perkinscoie.com;
Kdugdale@perkinscoie.com;
Jchiarelli@perkinscoie.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

FILED
2007 AUG 14  AM 9:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DELTA4 SERVICES, a California corporation d/b/a D4SALES.COM and D4 ENTERPRISES; and MARK ADAMS, an individual,<br><br>　　　　　　　Defendants. | Case No. 06-CV-2645 JM (BLM)<br><br>**JOINT MOTION FOR DISMISSAL** |

41826-5176/LEGAL13455283.1

JOINT MOTION FOR DISMISSAL

1  Plaintiff Microsoft Corporation ("Microsoft") and Defendant Mark Adams ("Adams")
2  have settled this action and executed the relevant settlement documents, including the Stipulation
3  for Dismissal attached hereto as Exhibit A. Pursuant to the parties' stipulation, Microsoft and
4  Adams jointly move the Court for an order dismissing defendants Delta4 Services, a California
5  corporation d/b/a D4Sales.com and D4 Enterprises, and Mark Adams, an individual, with
6  prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil
7  Procedure, with each party to bear its own costs and attorneys' fees.

DATED: August 7, 2007               PERKINS COIE LLP

                                    By: /s/ Jennifer N. Chiarelli
                                        Attorneys for Plaintiff
                                        MICROSOFT CORPORATION

DATED: August 7, 2007               MARK ADAMS

                                    By: /s/ Mark Adams
                                        MARK ADAMS
                                        Defendant

IT IS SO ORDERED,
DATED 8/10/07

UNITED STATES DISTRICT JUDGE

# Exhibit A

1 | Audra M. Mori (State Bar No. 162850)
2 | Katherine M. Dugdale (State Bar No. 168014)
  | Jennifer N. Chiarelli (State Bar No. 212253)
3 | PERKINS COIE LLP
  | 1620 26th Street
4 | Sixth Floor, South Tower
  | Santa Monica, CA 90404-4013
5 | Telephone: 310.788.9900
  | Facsimile: 310.788.3399
6 | E-mail: Amori@perkinscoie.com;
  | Kdugdale@perkinscoie.com; Jchiarelli@perkinscoie.com

7 | Attorneys for Plaintiff
  | MICROSOFT CORPORATION

8

9 | UNITED STATES DISTRICT COURT

10 | SOUTHERN DISTRICT OF CALIFORNIA

11

12 | MICROSOFT CORPORATION, a Washington corporation,   Case No. 06-CV-2645 JM (BLM)

13 | Plaintiff,   **STIPULATION FOR DISMISSAL WITH PREJUDICE**

14 | v.

15 | DELTA4 SERVICES, a California corporation d/b/a D4SALES.COM and D4 ENTERPRISES; and MARK ADAMS, an individual,

16

17

18 | Defendants.

19
20
21
22
23
24
25
26
27
28

41826-5176/LEGAL13372611.1     STIPULATION FOR DISMISSAL

1       WHEREAS Plaintiff Microsoft Corporation ("Plaintiff") and Defendant Mark Adams, an
2 individual ("Defendant"), have settled this action;
3       IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys, and
4 Defendant, that defendants Delta4 Services, a California corporation d/b/a D4Sales.com and D4
5 Enterprises, and Mark Adams, an individual, shall be dismissed with prejudice from Microsoft's
6 Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear
7 its own costs and attorneys' fees.

8       IT IS SO STIPULATED.

9 DATED: ~~July~~ August __ 2007            PERKINS COIE LLP

11                                           By: _____
12                                              Jennifer N. Chiarelli
                                             Attorneys for Plaintiff
13                                              MICROSOFT CORPORATION

15 DATED: July 16, 2007                       MARK ADAMS

17                                              By: _____
                                             MARK ADAMS
                                             Defendant