# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>DELTA4 SERVICES, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 06 CV 2645 JM (BLM)<br><br>**ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S REQUEST TO REOPEN CASE FOR THE LIMITED PURPOSE OF ENTERING THE PARTIES' STIPULATED PERMANENT INJUNCTION** |

On March 4, 2008, Plaintiff Microsoft Corporation ("Microsoft") requested the court reopen this matter for the limited purpose of entering the stipulated permanent injunction that the parties agreed to as part of the settlement of this action. The parties inadvertently did not lodge the stipulated permanent injunction when they filed their joint motion for dismissal.

Good cause appearing therefor, it is hereby **ORDERED** that this matter shall be reopened for the sole purpose of entering the parties' stipulated permanent injunction. The court contemporaneously enters the stipulated permanent injunction by separate order.

**IT IS SO ORDERED.**

**DATED: March 20, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**

- 1 -　　　　　　　　　06cv2645

Dockets.Justia.com